IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARIA CALDERON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 5:24-cv-00401 |
| § | |
| COSTCO WHOLESALE CORPORATION § | |
| § | |
| Defendant. § | |

## **DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL**

Comes now Defendant COSTCO WHOLESALE CORPORATION ("Costco") and pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal to the United States District Court for the Western District of Texas, San Antonio Division and respectfully shows the Court the following:

### PROCEDURAL BACKGROUND

1. This personal injury suit arises out of a slip-and-fall incident that occurred on November 30, 2022, at Costco located at 1201 N. Loop 1604 E., San Antonio, Texas 78232. Plaintiff Maria Calderon alleges she was walking inside Costco when she slipped and fell due to a substance on the floor. Plaintiff is now suing Defendant Costco and asserting causes of action for negligence and premises liability.

2. On March 22, 2024, Plaintiff filed suit against Costco Wholesale Corporation in the 438th Judicial District Court of Bexar County, Texas. Defendant Costco was served with said suit on April 3, 2024.

3. This removal is filed within 30 days of service upon Costco and is therefore timely filed under 28 U.S.C. § 1446(b).

1

4. This United States District Court for the Western District of Texas, San Antonio Division, is the district and division embracing the place where such action is pending. *See* 28 U.S.C. § 124(4).

5. Costco, concurrently with the filing of this petition, has given written notice of the filing of this Notice of Removal to all parties of record and to the Clerk of the District Court in Bexar County, Texas.

6. Pursuant to 28 U.S.C. § 1446, documents filed in the state court action are attached to this Notice of Removal and are incorporated herein by reference.

7. Costco expressly reserves the right to raise all defenses and objections to Plaintiff's claims or to otherwise plead after the action is removed to this Honorable Court.

**REMOVAL BASED ON DIVERSITY JURISDICTION**

8. This Court has jurisdiction based on 28 U.S.C. §1332(a)(1) in that "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States." Plaintiff seeks recovery of damages in the form of "monetary relief over $250,000 or less…." (Ex. 1, Plaintiff's Original Petition, Paragraph 4) As such, the amount in controversy is satisfied. *See* 28 U.S.C. § 1446(c)(2).

9. Plaintiff alleges that she is an individual who resides in Bexar County, Texas. (Ex. 1, Paragraph 2) Thus, she is a citizen of the state of Texas.

10. Costco Wholesale Corporation is a corporation incorporated under the laws of the State of Washington. At the time of the incident that gives rise to this claim and continuing to the current date, Costco Wholesale Corporation's principal place of business is in Issaquah, Washington. Thus, Costco is a citizen of Washington and complete diversity of citizenship exists between Plaintiff and Costco.

11.  Since complete diversity of citizenship exists and the amount in controversy is in excess of $75,000, exclusive of interests and costs, this Court has original jurisdiction over this action. *See* 28. U.S.C. 1332(a). As a result, this action is removable pursuant to 28 U.S.C. §1441(a).

## JURY DEMAND

12.   Defendant Costco demands a jury on all triable issues pursuant to Federal Rules of Civil Procedure 38 and 81(c).

**WHEREFORE, PREMISES CONSIDERED**, Defendant Costco Wholesale Corporation prays that this Court accept its Notice of Removal for filing in accordance with the provisions of 28 U.S.C. § 1441, *et. seq.*, and grant other relief to which the Defendant may be justly entitled.

Respectfully submitted,

**RAY | PEÑA | McCHRISTIAN, P.C.**
McAllister Plaza
9601 McAllister Freeway, Suite 901
San Antonio, Texas 78216
(210) 341-3554 Telephone
(210) 341-3557 Facsimile
jpena@raylaw.com
gpytel@raylaw.com


*/S/ Joseph G. Peña*
**JOSEPH G. PEÑA**
State Bar No. 24052898
**GABRIEL E. PYTEL**
State Bar No. 24097242
*Attorney for Defendant Costco Wholesale Corporation*

**CERTIFICATE OF SERVICE**

In compliance with Texas Rule of Civil Procedure 21a (e), I certify that on **April 17, 2024,** a true and correct copy of the foregoing document filed electronically with the clerk of the Court in accordance with Texas Rule of Civil Procedure 21 (f)(1), is served on the party or attorney electronically pursuant to Texas Rule of Civil Procedure 21a (a)(1), or if the email address of the party or attorney is not on file with the electronic filing manager then service is accomplished pursuant to Texas Rule of Civil Procedure 21a (a)(2).

The following parties or attorney(s) are served with the foregoing document:

***VIA E-FILE &/OR EMAIL***
Halina Radchenko
THE RADCHENKO LAW GROUP, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(903) 402-4033
(903) 402-4034 (Fax)
hr@radchenkolawgroup.com

/S/ Joseph G. Peña
JOSEPH G. PEÑA