IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA CALDERON,<br>　　*Plaintiff*, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 5:24-cv-00401-XR |
| | § | |
| COSTCO WHOLESALE CORPORATION<br>　　*Defendant.* | §<br>§ | |

## JOINT STIPULATION OF SETTLEMENT AND ORDER TO DISMISS

Plaintiff MARIA CALDERON hereby stipulates under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice against Defendant COSTCO WHOLESALE CORPORATION as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

1. WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

2. WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

3. IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

4. The Parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice, as to the named defendant(s), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

SIGNED AND ENTERED this _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　XAVIER RODRIGUEZ
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

APPROVED AS TO FORM:


_/s/ Halina Radchenko_____
Halina Radchenko
State Bar No. 24063262
THE RADCHENKO LAW GROUP, PLLC
6136 Frisco Square Blvd., Ste. 400
Frisco, Texas 75034
(903) 402-4033
(903) 402-4034 Fax
hr@radchenkolawgroup.com
*Counsel for Plaintiff, Maria Calderon*


/S/ Gabriel E. Pytel
Joseph G. Peña
State Bar No. 24052898
Gabriel E. Pytel
State Bar No. 24097242
RAY | PEÑA | MCCHRISTIAN, P.C.
McAllister Plaza
9601 McAllister Freeway, Suite 901
San Antonio, Texas 78216
(210) 341-3554 Telephone
(210) 341-3557 Facsimile
jpena@raylaw.com
gpytel@raylaw.com
*Counsel for Defendant, Costco Wholesale Corporation*

2

1253022 (8407.20)